IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:10CV400-FDW-DSC

| | |
|---|---|
| JACKIE JAMES MOSS, ) ) Plaintiff, ) ) vs. ) ) NATIONWIDE MUTUAL INSURANCE ) COMPANIES, et al., ) ) Defendants. ) ) | **ORDER** |

**THIS MATTER** is before the Court on "Application[s] for Admission to Practice Pro Hac Vice" (documents #29 and 30) filed September 29, 2011 requesting admission of attorneys Uzoma Nkwonta and Rita Kelotra to represent Defendants Nationwide Mutual Insurance Companies and Nationwide Life Insurance Company of America. For the reasons set forth therein, the Motions are **GRANTED**.

All counsel are advised that local counsel must sign all documents submitted to the Court and as such are accountable for the substance of such submissions under Rule 11 of the Federal Rules of Civil Procedure.

The Clerk is directed to send copies of this Order to counsel for the parties, including but not limited to moving counsel; and to the Honorable Frank D. Whitney.

**SO ORDERED**.

Signed: September 30, 2011

David S. Cayer
United States Magistrate Judge