UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:10-cv-00400

| | |
|---|---|
| JACKIE JAMES MOSS, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>)<br>NATIONWIDE MUTUAL INSURANCE )<br>COMPANIES, et al., )<br>)<br>Defendants. )<br>) | **ORDER** |

**THIS MATTER** is before the Court upon its own motion. The Court hereby *sua sponte* continues the trial in the above caption matter from the term beginning January 9th, 2012 and respectfully DIRECTS the Clerk to put this matter on for trial on March 19th, 2012.

Dates for dispositive motions and replies will not change; however, hearings on dispositive motions will now take place the week of February 6-10, 2012. The final pre-trial conference will take place the week of February 21-24, 2012. A notice of the exact times and dates of all hearings will be forthcoming.

**IT IS HEREBY ORDERED** that the pretrial scheduling order is so modified.

Signed: December 6, 2011

Graham C. Mullen
United States District Judge