IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CASE NO. 3:10-CV-400-FDW-DSC

| | |
|---|---|
| JACKIE JAMES MOSS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | ORDER |
| ) | |
| NATIONWIDE MUTUAL INSURANCE ) | |
| COMPANIES, ) | |
| ) | |
| Defendants. ) | |

**THIS MATTER IS BEFORE THE COURT** *sua sponte* for the scheduling of a Judicial Settlement Conference. The parties have requested a Judicial Settlement Conference, which has been referred to the undersigned by the Honorable Frank D. Whitney, and a date has been agreed upon.

**IT IS THEREFORE ORDERED** that a Judicial Settlement Conference shall convene at 1:30 p.m. on Wednesday, March 21, 2012, in Courtroom #2 of the Federal Courthouse, 401 W. Trade Street, Charlotte, North Carolina.

**IT IS FURTHER ORDERED** that the Clerk of Court reserve Courtroom #2 and its attached conference room and jury room.

**SO ORDERED**.

Signed: March 14, 2012

David C. Keesler
United States Magistrate Judge