UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:10-CV-00400

| | |
|---|---|
| JACKIE JAMES MOSS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | ORDER |
| ) | |
| ) | |
| NATIONWIDE MUTUAL INSURANCE ) | |
| COMPANIES, et al. ) | |
| ) | |
| Defendants. ) | |

**THIS MATTER** is before the Court *sua sponte* upon reviewing the parties' Proposed Jury Instructions (Doc. No. 52). In one document, the parties have submitted two different sets of jury instructions. Because the Court's order may have been unclear, the Court hereby GRANTS LEAVE and ORDERS the parties to amend their Proposed Jury Instructions.

The amended jury instructions are to be one integrated set. Objections to any instruction shall be delineated in bold typeface below the proposed jury instruction. Alternative jury instructions are to be delineated in italics below the objection. The integrated set of instructions shall be drafted and submitted in the order they are to be given to the jury. The amended instructions need not include citations to legal authority and are to be submitted by CyberClerk by **8:00 a.m.** on **Monday, March 26, 2012**.

IT IS SO ORDERED.

Signed: March 22, 2012

*Frank D. Whitney*
Frank D. Whitney
United States District Judge